UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

-v-

Isaiah Ellis,

          Defendant.

16-cr-148 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The hearing scheduled on a summons for violation of supervised release in this matter is hereby rescheduled to January 16, 2020 at 10:00 a.m.

Dated: January 2, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge