UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Isaiah Ellis,

           Defendant.

16-cr-148 (AJN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03/18/20

ALISON J. NATHAN, District Judge:

The status conference in this matter currently scheduled for March 27, 2020 is hereby adjourned *sine die*. The parties are ordered to submit a status letter no later than March 27, 2020.

SO ORDERED.

Dated: March 18, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge

1