USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Isaiah Ellis,

Defendant.

16-cr-148 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On March 31, 2020, the Court ordered the parties in this matter to submit a joint status letter no later than June 1, 2020. Dkt. No. 447. The Court is not in receipt of that letter. The parties are ordered to submit a joint status letter no later than October 1, 2020 indicating how they wish to proceed in this case.

SO ORDERED.

Dated: September 15, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1