**ALAN M. NELSON**
ATTORNEY AT LAW

3000 MARCUS AVENUE, SUITE 1E5
LAKE SUCCESS, NEW YORK 11042
TELEPHONE: (516) 328-6200
FAX: (516) 328-6354
E-mail: anelsonlaw@aol.com

NEW YORK OFFICE:
111 JOHN STREET
SUITE 640
NEW YORK, NY 10038

September 16, 2020

Hon. Alison J. Nathan
United States District Judge
United States Courthouse
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/18/2020

Re: United States v. Isaiah Ellisl
    Cr 16-148 (AJN)

Dear Judge Nathan:

   Please accept this correspondence as a request to be relieved and for the appointment of new counsel to represent the above named defendant pursuant to the Criminal Justice Act. It's suggested that my co-counsel and former mentee in this matter, Andrew Berstein, Esq., who is now a member of the CJA Panel for the SDNY, be appointed owing to his familiarity with the case.

SO ORDERED
/s/ Alison J. Nathan
9/17/2020

   In late December, 2019, I applied to become the new CJA Case Budgeting Attorney for the Court of Appeals for the Second Circuit. I am pleased to advise the Court that on April 6, 2020 I was offered and have accepted that position. I commenced my employment on May 4, 2020 in that capacity.

   In this capacity I shall not be able to further represent my CJA clients as counsel to effectively perform my duties and responsibilities while avoiding any potential conflict of interest. Accordingly, it is respectfully requested that I be relieved and CJA counsel be appointed as replacement counsel pursuant to the Criminal Justice Act for Mr. Ellis.

SO ORDERED
/s/ Alison J. Nathan
9/17/2020

Respectfully submitted,

/s/
Alan Nelson