```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/26/2022__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

ISAIAH ELLIS,

                     Defendant.

16 Cr. 148-04 (AT)

**SCHEDULING ORDER**

ANALISA TORRES, District Judge:

      The Court shall hold a hearing regarding Defendant's alleged violations of supervised release on **November 15, 2022**, at **11:00 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

      SO ORDERED.

Dated: September 26, 2022
       New York, New York

ANALISA TORRES
United States District Judge