

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/7/2022

October 6, 2022

HON. James L. Cott
United States Magistrate Judge
United States Courthouse
Southern District of New York
New York, New York 10007

                Re:    U.S. v. Isaiah Ellis;  16 Cr. 148 (AT)

Your Honor:

    I was appointed as CJA counsel to represent Mr. Ellis on September 26, 2022 concerning his pending violation of supervised release and submit this letter, with the consent of the government to respectfully request that the October 11, 2022 court appearance be cancelled.

    At the conclusion of Mr. Ellis's September 26, 2022 presentment, Your Honor scheduled a "control date" for this matter for October 11, 2022.[1]  I have conferred with the government and the parties are in agreement that there are no issues to be raised before Your Honor and that, accordingly all parties consent to the cancellation of the October 11, 2022 appearance, subject to Your Honor's approval.

    Please let me know if you have any questions.

    Thank you for your consideration of this request.

The October 11 court appearance is adjourned.

    **SO ORDERED.**

Dated:  October 7, 2022
         New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

Respectfully submitted,

_____
Eric Franz

---

[1] Judge Torres has scheduled a court appearance in this matter for November 15, 2022.

One Old Country Road, Suite 347    www.efranzlaw.com    (212) 355-2200 (phone)
Carle Place, New York 11514                                                 (212) 937-2217  (fax)