UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-

ISAIAH ELLIS,

                  Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/2023
```

16 Cr. 148-04 (AT)

**SCHEDULING ORDER**

ANALISA TORRES, District Judge:

The hearing scheduled for January 18, 2023, at 1:00 p.m., is ADJOURNED *sine die*.

SO ORDERED.

Dated: January 9, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge