UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

ISAIAH ELLIS,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/11/2023__

16 Cr. 148-04 (AT)

**SCHEDULING ORDER**

ANALISA TORRES, District Judge:

    The Court shall hold a hearing regarding Defendant's alleged violations of supervised release on **January 31, 2023**, at **4:00 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: January 11, 2023
       New York, New York

                                          ANALISA TORRES
                                  United States District Judge