UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

       -against-

ISAIAH ELLIS,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/23/2023__

16 Cr. 148-04 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The hearing scheduled for January 31, 2023, is ADJOURNED *sine die*.

    SO ORDERED.

Dated: January 23, 2023
       New York, New York

ANALISA TORRES
United States District Judge