UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ISAIAH ELLIS,

                            Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/2023
```

16 Cr. 148-04 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By **February 21, 2023**, defense counsel shall provide the Court with a status update regarding whether he has been able to communicate with Defendant and, if so, how the parties intend to proceed.

    SO ORDERED.

Dated: January 27, 2023
       New York, New York

ANALISA TORRES
United States District Judge