

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/18/2023__
```

April 18, 2023

**BY ECF**

Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

                RE:    **USA v. Isaiah Ellis**
                       **16 Cr. 148 (AT)**

Dear Judge Torres:

As the Court is aware, I am CJA-appointed counsel for the defendant, Isaiah Ellis, in the above-referenced matter. In accordance with the Court's March 20, 2023 Order (ECF Doc No. 564) and my April 13, 2023 letter (ECF Doc No. 565), I write to provide the Court with a further update regarding Mr. Ellis' competency examination, ordered in Yonkers City Court, pursuant to New York Criminal Procedure Law section 730.30 (the "730 Exam").

Mr. Ellis' counsel appointed to represent him in Yonkers City Court pursuant to Westchester County Law Article 18-B has informed me that the 730 Exam has not yet occurred, and that the Yonkers City Court adjourned the matter for a further update on the status of the 730 Exam until May 5, 2023.

If the Court requires any additional information, please feel free to reach out to my office.

                                              Respectfully Submitted,

                                              Andrew M. J. Bernstein
                                              *Partner*
                                              ARMSTRONG TEASDALE LLP

                                              *Counsel to Defendant Isaiah Ellis*

By **May 12, 2023**, counsel shall file a letter updating the Court regarding the status of the 730 Exam. The Clerk of Court is directed to terminate the motions at ECF Nos. 553 and 562.

SO ORDERED.

Dated: April 18, 2023
       New York, New York

                                              ANALISA TORRES
                                              United States District Judge