

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/8/2023
```

May 7, 2023

**BY ECF**

Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:   **USA v. Isaiah Ellis**
         **16 Cr. 148(AT)**

Dear Judge Torres:

As the Court is aware, I am the CJA-appointed counsel for defendant Isaiah Ellis in the above-captioned matter. At my request, the Court previously assigned my paralegal Katelyn Wasserman to assist me in this matter via an order dated February 24, 2023.

I am writing to request the Court to order her assignment *nunc pro tunc* to January 11, 2023, which is the date the undersigned was re-appointed to represent Mr. Ellis in this matter.

If the Court requires any additional information, please feel free to reach out to my office.

Thank you.

Respectfully Submitted,

Andrew M. J. Bernstein
*Partner*
ARMSTRONG TEASDALE LLP

*Counsel to Isaiah Ellis*

GRANTED.

SO ORDERED.

Dated: May 8, 2023
            New York, New York

ANALISA TORRES
United States District Judge