UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

ISAIAH ELLIS,

Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/13/2023_
```

16 Cr. 148-04 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On August 1, 2023, defense counsel updated the Court on Defendant Isaiah Ellis's 730 Exam in Yonkers City Court, writing that such proceedings were adjourned to September 7, 2023. ECF No. 574. On August 2, 2023, the Court ordered that "[w]ithin five days of Defendat's 730 exam, defense counsel shall file a status update with the Court." ECF No. 575.

Accordingly, by **September 20, 2023**, defense counsel shall provide the Court with a status update regarding Defendant's 730 Exam and the Yonkers City Court proceedings.

SO ORDERED.

Dated: September 13, 2023
       New York, New York

ANALISA TORRES
United States District Judge