UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/3/2024
```

UNITED STATES OF AMERICA,

-against-

ISAIAH ELLIS,

                          Defendant.

16 Cr. 148-4 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On February 20, 2024, defense counsel updated the Court on Defendant Isaiah Ellis's 730 Exam in Yonkers City Court, writing that such proceedings were adjourned to March 14, 2024.  ECF No. 585.  The Court thus directed defense counsel to file a status update by April 2, 2024.  ECF No. 586.  That submission is now overdue.

Accordingly, by **April 17, 2024**, defense counsel shall provide the Court with a status update regarding Defendant's 730 Exam and the Yonkers City Court proceedings.

SO ORDERED.

Dated: April 3, 2024
       New York, New York

_____
        ANALISA TORRES
     United States District Judge