```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

        -against-

ISAIAH ELLIS,

                        Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/18/2024__

16 Cr. 148-04 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The status conference scheduled for July 23, 2024, is RESCHEDULED to **July 22, 2024**, at **11:00 a.m.**

SO ORDERED.

Dated: June 18, 2024
       New York, New York

ANALISA TORRES
United States District Judge