UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

ISAIAH ELLIS,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/16/2024

16 Cr. 148-04 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The status conference scheduled for July 22, 2024, is ADJOURNED to **July 30, 2024**, at **4:00 p.m.**

The Court notes that Magistrate Judge James L. Cott ordered Defendant detained on consent without prejudice on September 26, 2022.  ECF No. 548.  By **July 24, 2024**, the parties shall file a joint update as to Defendant's custody status, including (1) whether he is currently in federal or state custody; (2) where he is currently detained; and (3) the parties' positions as to as to Defendant's continued detention pending arraignment and plea on the supervised-release violations.

SO ORDERED.

Dated: July 16, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge