UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

        -against-

ISAIAH ELLIS,

                  Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/18/2024
```

16 Cr. 148-04 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The status conference scheduled for July 30, 2024, is ADJOURNED to **August 27, 2024**, at **10:30 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. By **August 15, 2024**, defense counsel shall file a status update with respect to Defendant's state court cases and 730 exam.

       SO ORDERED.

Dated: July 18, 2024
      New York, New York

                                       _____
                                        ANALISA TORRES
                                 United States District Judge