UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ISAIAH ELLIS,

Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   7/22/2024
```

16 Cr. 148-04 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The status conference scheduled for August 27, 2024, is RESCHEDULED to **August 26, 2024**, at **10:30 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.  The parties are reminded that by **August 15, 2024**, defense counsel shall file a status update with respect to Defendant's state court cases and 730 exam.

SO ORDERED.

Dated: July 22, 2024
New York, New York

_____
ANALISA TORRES
United States District Judge